UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1370 ODW(JTLx) | Date | March 19, 2010 |
|---|---|---|---|
| Title | Marie Garza v. Wal-Mart Stores, Inc. et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Tanya Durant | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order Vacating Jury Trial, Related Pretrial Hearing Dates and Deadlines; Setting OSC Re Settlement Hearing**

Pursuant to the Report of Settlement [26] filed March 13, 2010, the Court rules as follows:

The Jury Trial scheduled for April 13, 2010 at 9:00 a.m., the Hearing on Motions In Limine scheduled for April 5, 2010 at 4:00 p.m., the Pretrial Conference scheduled for March 29, 2010 at 3:30 p.m., and all related filing deadlines are hereby **VACATED**.

The Court issues an Order to Show Cause Re Settlement and sets a hearing on the matter for **Monday, April 12, 2010 at 1:30 p.m.** The hearing will be automatically vacated upon the parties' filing of a Stipulation and Proposed Order of Dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | TMD |